**No. 68579.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protest 63/827 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 68580.**—Standard Brands Paint Co., Inc. *v.* United States, protests 63/7223, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.

**No. 68581.**—James G. Wiley, a/c Big Boy Manufacturing Co. *v.* United States, protests 61/13469, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiff was sustained.